IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIBEL CUBERO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-4989 |
| | : | |
| PBM, CMSI OF PHILADELPHIA | : | |

**ORDER**

AND NOW, this 2nd day of December, 2019, the Court having ordered Plaintiff Maribel Cubero to either (1) cause her attorney to enter his or her appearance in the above-captioned case, or (2) inform the Court regarding whether she wishes to proceed pro se, no later than November 4, 2019, and Cubero having failed to comply with at least three of this Court's previous orders, and for the reasons set forth in the accompanying Memorandum, it is ORDERED this case is DISMISSED for failure to prosecute.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.